Walter O'Cheskey
Chapter 13 Trustee
6308 Iola Avenue
(806) 748-1980  Phone
(806) 748-1956  Fax

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

IN RE:

NORMAN ODELL PEARCE
MARGARET THERESA PEARCE

CASE NO: 09-10127-RLJ-13
HEARING DATE: 1/6/2010
HEARING TIME: 11:00 AM

**TRUSTEE'S RECOMMENDATION CONCERNING CLAIMS, OBJECTION TO CLAIMS AND PLAN MODIFICATION (if required)**

NOW COMES Walter O'Cheskey, Chapter 13 Trustee, and files this Proposed Trustee's Recommendation Concerning Claims and Plan Modification (if required) in accordance with Bankruptcy Rule 3007 and General Order 2006-08 and would respectively show unto to the Court as follows:

**I.**
**OBJECTION -- NO PROOF OF CLAIM FILED**

The following creditors were scheduled by the Debtor(s). No Proof of Claim has been filed by them or on their behalf, as required by Bankruptcy Rule 3002(a). The bar date for filing claims pursuant to Bankruptcy Rule 3002(c) has passed. Therefore the claims should be DISALLOWED.

| Trustee Clm# | Creditor Name | Scheduled Amount | Trustee Clm# | Creditor Name | Scheduled Amount |
|---|---|---|---|---|---|
| 012 0 U | ACADEMY SPORTS | $921.00 | 013 0 U | AMEX | $1.00 |
| 017 0 U | CITIBANK USA | $465.00 | 018 0 U | CREDIT SYSTEMS INTERNATIONAL/COLLECTION | $99.00 |
| 019 0 U | FIRST NATIONAL BANK OF MARIN | $1,437.00 | 026 0 U | HUGHULEY MEMORIAL HOSPITAL | $240.00 |
| 029 0 U | NO AMERICAN | $29.00 | 033 0 U | SERVICE BUREAU INC | $2,291.00 |
| 036 0 U | WEST CENTRAL TEXAS COLLECTION BUREAU | $240.00 | 040 0 U | WF FINANCIAL BANK | $7,230.00 |

**II.**
**SPECIFIC OBJECTIONS**

No Objections

**III.**
**TRUSTEE'S RECOMMENDATIONS CONCERNING ALLOWED CLAIMS**

The Trustee hereby recommends the ALLOWANCE of the following claims for the amount and in the class as listed below.

| Trustee Claim # | Creditor | Collateral / Description | Claim Amount | Value | % | Term | Paid / Treated |
|---|---|---|---|---|---|---|---|
| **SECURED CREDITORS** | | | | | | | |
| 008 0 | BANK OF AMERICA NA | MORTGAGE - 4105 ALGERITA FORT WORTH | $0.00 | $53,900.00 | | | PD DIRECT BY DEBTOR |
| 009 0 | CALLAHAN COUNTY | 08-09 PROPERTY TAXES-HOMESTEAD | $300.35 | $34,700.00 | | | PD DIRECT BY DEBTOR |
| 011 0 | TARRANT COUNTY | 08-09 PROPERTY TAXES-4105 ALGERTIA FORT WORTH | $1,080.04 | $53,900.00 | | | PD DIRECT BY DEBTOR |
| 025 0 * | HSBC BANK NEVADA NA | MERCHANDISE / BEST BUY | $752.36 | $560.00 | 8.00% | 60 | $13.75 PAID BY TRUSTEE |
| | Debt provided unsecured, but claim filed secured. See modification below. | | | | | | |
| 035 0 * | WELLS FARGO FINANCIAL NATIONAL BANK | MERCHANDISE / ACADEMY SPORTS | $921.27 | $921.27 | 8.00% | 60 | $22.91 PAID BY TRUSTEE |
| | Debt provided unsecured, but claim filed secured. See modification below. | | | | | | |

| Trustee Clm# | Creditor Name | Claim Amount | | |
|---|---|---|---|---|
| 050 0 | FORT WORTH ISD | 08-09 PROPERTY TAXES | $919.37 / $919.37 | PD DIRECT BY DEBTOR |

**UNSECURED GENERAL CREDITORS**

| Trustee Clm# | Creditor Name | Claim Amount | Trustee Clm# | Creditor Name | Claim Amount |
|---|---|---|---|---|---|
| 014 0 U | FIA CARD SERVICES<br>*PURCHASES* | $1,991.85 | 015 0 U | FIA CARD SERVICES<br>*PURCHASES* | $13,924.81 |
| 016 0 U | CAPITAL ONE<br>*PURCHASES/CAPITAL ONE BANK* | $2,054.68 | 020 0 U | PRA RECEIVABLES MANAGEMENT<br>*PURCHASES/WALMART* | $582.69 |
| 021 0 U | GE CONSUMER FINANCE<br>*PURCHASES/CARE CREDIT* | $717.00 | 022 0 U | GE MONEY BANK<br>*PURCHASES/JC PENNEY* | $128.21 |
| 023 0 U | PRA RECEIVABLES MANAGEMENT<br>*PURCHASES/THE HOME DEPOT* | $728.69 | 024 0 U | PRA RECEIVABLES MANAGEMENT<br>*PURCHASES* | $491.15 |
| 025 1 U | HSBC BANK NEVADA NA<br>*SPLIT CLAIM / MERCHANDISE / BEST BUY* | $192.36 | 028 0 U | ROUNDUP FUNDING LLC<br>*PURCHASES/LOWES* | $492.74 |
| 030 0 U * | OMNI AMERICAN BANK<br>*LOAN - LATE FILED*<br>*Not provided for in confirmed plan.* | $3,395.00 | 031 0 U | RESURGENT CAPITAL SERVICES<br>*PURCHASES/ASCENT CARD SERVICES PLAINS COMM BANK* | $1,688.95 |
| 032 0 U | ROUNDUP FUNDING LLC<br>*PURCHASES/SAMS* | $506.54 | 043 0 U * | JEFFERSON CAPITAL SYSTEMS<br>*PURCHASES/FINGERHUT AXSYS NAT BANK*<br>*Not provided for in confirmed plan.* | $1,357.61 |
| 051 0 U * | RESURGENT CAPITAL SERVICES<br>*PURCHASES/LVNV*<br>*Not provided for in confirmed plan.* | $956.25 | 053 0 U * | RJM ACQ LLC<br>*SERVICES/DIRECTV*<br>*Not provided for in confirmed plan.* | $84.24 |
| 058 0 U * | PRA RECEIVABLES MANAGEMENT<br>*PURCHASES*<br>*Not provided for in confirmed plan.* | $4,267.31 | 059 0 U * | PRA RECEIVABLES MANAGEMENT<br>*PURCHASES*<br>*Not provided for in confirmed plan.* | $2,963.81 |
| 060 0 U * | CRESCENT RECOVERY<br>*LOAN/95 MERCURY*<br>*Not provided for in confirmed plan.* | $12,150.92 | 062 0 U * | PRA RECEIVABLES MANAGEMENT<br>*PURCHASES/CAPITAL ONE BANK*<br>*Not provided for in confirmed plan.* | $1,700.40 |
| 065 0 U * | PRA RECEIVABLES MANAGEMENT<br>*PURCHASES/GEMB SAMS CLUB*<br>*Not provided for in confirmed plan.* | $397.85 | 071 0 U * | RESURGENT CAPITAL SERVICES<br>*PURCHASES/LVNV FUNDING*<br>*Not provided for in confirmed plan.* | $501.25 |
| 072 0 U * | RESURGENT CAPITAL SERVICES<br>*PURCHASES/LVNV FUNDING*<br>*Not provided for in confirmed plan.* | $485.86 | | | |

If the Trustee's recommendation concerning any claim differs from the amount indicated in a creditor's Proof of Claim, the recommendation is deemed an objection to such claim. Unless a timely reponse or objection is filed contesting the Trustee's recommendation, the objection will be sustained and such claim will be allowed only in the amount and in the class indicated.

Any proposed changes by the Debtor that extends the term or lowers the interest rate as to any secured claim contained in the confirmed Plan must be set out in a Debtor's Objection or Response to the Trustee's Recommendation Concerning Claims and noticed to the affected creditor in the absence of a letter agreement between the Debtor and the affected creditor.

## IV.

## TRUSTEE'S PLAN MODIFICATION

Pursuant to 11 U.S.C. Section 1329, and in accordance with General Order 2006-08 Section 8, the Trustee requests the following Modification of Debtor's(s') Confirmed Plan, subject to feasibility herein:

Trustee's Modification is as follows:

The secured claim filed by HSBC Bank in the amount of $752.36 shall be valued at $560 and paid throught the plan at 8% interest over 60 months with a payment of $13.75 per month.

The secured claim filed by Wells Fargo in the amount of $921.27 shall be valued at $921.27 and paid through the plan at 8% interest over 60 months with a payment of $22.91 per month.

Debtor shall pay $523 per month beginning May 2009 for 2 months; then Debtor shall pay $636 per month beginning July 2009 for 7 months; then Debtor shall pay $674 per month beginning February 2010 for the remaining 51 months for a total plan base amount of $39,872.00.

/s/ Walter O'Cheskey

---
Walter O'Cheskey
Chapter 13 Trustee

NOTICE OF HEARING AND PRE-HEARING CONFERENCE

IF AN OBJECTION IS FILED, A HEARING WILL BE HELD 1/6/2010 AT 11:00 AM CONCERNING THE TRUSTEE'S RECOMMENDATION CONCERNING CLAIMS, OBJECTION TO CLAIMS AND PLAN MODIFICATION (IF REQUIRED) (TRCC) AT THE FOLLOWING LOCATION:

VIDEO:  US COURTHOUSE ROOM 2201, 3RD & PINE, ABILENE, TEXAS 79604

A PRE-HEARING CONFERENCE WITH THE TRUSTEE SHALL BE HELD AT THE SAME LOCATION AT 08:30 AM. ALL PARTIES ARE REQUIRED TO ATTEND THE PREHEARING CONFERENCE.  ANY OBJECTIONS TO THE PLEADINGS NOT RESOLVED OR DEFAULTED AT THE PRE-HEARING CONFERENCE WILL BE HEARD BY THE COURT AT THE HEARING DATE AND TIME ABOVE.  TO BE CONSIDERED, ANY OBJECTION OR RESPONSE MUST BE MADE IN WRITING, SERVED ON ALL EFFECTED CREDITORS AND FILED WITH THE COURT WITHIN THIRTY (30) DAYS FROM THE DATE OF SERVICE.

PURSUANT TO GENERAL ORDER 2006-08 SECTION 8(C), UNLESS AN OBJECTION IS TIMELY FILED AS TO THE TREATMENT OF ANY CLAIM OR MODIFICATION, THE CLAIM OR MODIFICATION WILL BE ALLOWED OR APPROVED AS DESCRIBED IN THE TRCC AND SUCH TREATMENT WILL BE FINAL AND BINDING ON ALL PARTIES.

/s/ Walter O'Cheskey
_____

Walter O'Cheskey
Chapter 13 Trustee

# CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Trustee's Recommendation Concerning Claims, Objection to Claims and Plan Modification (if required) and Notice of Hearing and Pre-Hearing Conference on Trustee's Recommendation Concerning Claims, Objection to Claims and Plan Modification (if required) was this date served on the following parties electronically or at the addresses listed below by U.S. First Class mail:

Date:    11/19/2009

/s/ Walter O'Cheskey

_____
Walter O'Cheskey
Chapter 13 Trustee

```
ABILENE DIAGNOSTIC CLINIC PO BOX 5409  ABILENE TX 79608
ACADEMY SPORTS PO BOX 94498  LAS VEGAS NV 89193
AMEX PO BOX 297871  FORT LAUDERDALE FL 33329
BANK OF AMERICA NA 475 CROSSPOINT PARKWAY  GETZVILLE NY 14068
BANK OF AMERICA PO BOX 17054  WILMINGTON DE 19884
BANK OF AMERICA PO BOX 851001  DALLAS TX 75285
BASS & ASSOCIATES 3936 E. FT LOWELL RD. STE 200  TUCSON AZ 85712
CALLAHAN CAD 100 WEST 4TH  STE 101  BAIRD TX 79504
CALLAHAN COUNTY C/O MCCREARY VESELKA BRAGG & ALLEN 700 JEFFREY WAY SUITE 100 PO BOX 1269 ROUND ROCK TX 78680
CAPITAL 1 BANK ATTN: C/O TSYS DEBT MANAGEMENT PO BOX 5155 NORCROSS GA 30091
CAPITAL ONE C/O TSYS DEBT MANAGEMENT PO BOX 5155 NORCROSS GA 30091
CITIBANK USA ATTN  CENTRALIZED BANKRUPTCY PO BOX 20507 KANSAS CITY MO 64195
CLINICAL PATHOLOGY ASSOCIATES 1818 PINE ST  ABILENE TX 79601
CREDIT SYSTEMS INTERNATIONAL/COLLECTION 1277 COUNTRY CLUB LANE  FORT WORTH TX 76112
CRESCENT RECOVERY PO BOX 1097  CHESAPEAKE VA 23327
FIA CARD SERVICES BANK OF AMERICA 1000 SAMOSET DRIVE DE5-023-03-03 DEWARK DE 19713
FIRST NATIONAL BANK OF MARIN CUSTOMER SERVICE PO BOX 98873 LAS VEGAS NV 89193
FORT WORTH ISD C/O PERDUE,BRANDON,FIELDER,COLLINS,MOTT PO BOX 13430 ARLINGTON TX 76094
GE CONSUMER FINANCE PO BOX 960061  ORLANDO FL 32896
GE MONEY BANK C/O RECOVERY MANAGEMENT SYSTEMS CORP 25 SE 2ND AVE STE 1120 MIAMI FL 33131
GEMB PO BOX 103106  ROSWELL GA 30076
GEMB PO BOX 981439  EL PASO TX 79998
HENDRICK MEDICAL CENTER COLLECTION DEPARTMENT 1900 PINE STREET ABILENE TX 79601
HOME DEPOT CREDIT SERVICES PO BOX 689100  DES MOINES IA 50368
HSBC BANK NEVADA C/O PRA RECEIVABLES MANAGEMENT PO BOX 12907 NORFOLK VA 23541
HSBC BANK NEVADA NA BASS & ASSOCIATES PC 3936 FT LOWELL SUITE 200 TUCSON AZ 85712
HSBC BANK/BANKRUPTCY PO BOX 5253  CAROL STREAM IL 60197
HSBC BEST BUY ATTN BANKRUPTCY PO BOX 6985 BRIDGE WATER NJ 08807
HUGHULEY MEMORIAL HOSPITAL PO BOX 6428  FT WORTH TX 76115
INTERNAL REVENUE SERVICE PO BOX 21125  PHILADELPHIA PA 19114
INTERNAL REVENUE SERVICE PO BOX 21126  PHILADELPHIA PA 19114
INTERNAL REVENUE SERVICE SPECIAL PROCEDURES 1100 COMMERCE ST MC 5027DAL DALLAS TX 75242
JEFFERSON CAPITAL SYSTEMS LLC PO BOX 7999  SAINT CLOUD MN 56302
JEFFERSON CAPITAL SYSTEMS PO BOX 23051  COLUMBUS GA 31902
KEVIN B WILSON PO BOS 24102  CHATTANOOGA TN 37422
LINEBARGER GOGGAN BLAIR 2323 BRYAN STREET STE 1600 DALLAS TX 75201
LOWES MBGA ATTENTION BANKRUPTCY DEPARTMENT PO BOX 103106 ROSWELL GA 30076
MCCREARY VESELKA BRAGG & ALLEN PO BOX 1269  ROUND ROCK TX 78680
MICHAEL REED MCCREARY VESELKA BRAGG & ALLEN PC PO BOX 26990 AUSTIN TX 78755
MONTE J WHITE & ASSOCIATES PC ATTORNEY AT LAW ABILENE 402 CYPRESS SUITE 310 ABILENE TX 79601
NO AMERICAN 2810 WALKER RD  CHATTANOOGA TN 37421
NORMAN ODELL PEARCE & MARGARET THERESA PEARCE 4994 FM 18  BAIRD TX 79504
OMNI AMERICAN BANK 7800 WHITE SETTLEMENT RD  FORT WORTH TX 76108
OMNI AMERICAN BANK PO BOX 150099  FORT WORTH TX 76108
PERDUE,BRANDON,FIELDER,COLLINS,&MOTT PO BOX 13430  ARLINGTON TX 76094
PLAINS COMMERCE BANK PO BOX 88020  SIOUX FALLS SD 57109
PRA RECEIVABLES MANAGEMENT PORTFOLIO REC ASSOC PO BOX 41067 NORFOLK VA 23541
PRA RECEIVABLES MANAGEMENT PORTFOLIO RECOVERY ASSOC PO BOX 12914 NORFOLK VA 23541
RADIOLOGY ASSOCIATES OF ABILENE PO BOX 2898  ABILENE TX 79604
RESURGENT CAPITAL SERVICES PO BOX 10587  GREENVILLE SC 29603
RJM ACQ LLC 575 UNDERHILL BLVD SUITE 224  SYOSSETT NY 11791
ROUNDUP FUNDING LLC PO BOX 91121 MS 550 SEATTLE WA 98111
SAMS CLUB ATTENTION BANKRUPTCY DEPARTMENT PO BOX 103104 ROSWELL GA 30076
SERVICE BUREAU INC 2705 81ST STREET  LUBBOCK TX 79423
TARRANT COUNTY 2323 BRYAN STREET SUITE 1600  DALLAS TX 75201
TARRANT COUNTY TAX ACCESSOR 100 E WEATHERFORD  FORT WORTH TX 76196
UNITED STATES ATTORNEY 801 CHERRY STREET UNIT 4  FT WORTH TX 76102
US ATTORNEY ATTORNEY IN CHARGE 1100 COMMERCE 3RD FLOOR DALLAS TX 75242
US ATTORNEY GENERAL 10TH ST & CONSTITUTION AVE  WASHINGTON DC 20530
WELLS FARGO BANK NA 4137 121ST STREET  URBANDALE IA 50323
WELLS FARGO FINANCIAL 4137 121ST STREET  URBANDALE IA 50323
WELLS FARGO FINANCIAL 800 WALNUT ST  DES MOINES IA 50309
WELLS FARGO FINANCIAL NATIONAL BANK PO BOX 7510  URBANDALE IA 50323
WEST CENTRAL TEXAS COLLECTION BUREAU PO BOX 2586  ABILENE TX 79604
WF FINANCIAL BANK PO BOX 182273  COLUMBUS OH 43218
WILLIAM T NEARY UNITED STATES TRUSTEE 1100 COMMERCE STREET RM 976 DALLAS TX 75242
```